PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

August 3, 2026

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 8/4/2026

**By ECF**
Judge Gregory H. Woods
United States District Court
Southern District Court
500 Pearl Street, Room 2260
New York, New York 10007

**Re: Balliro v. Eurotech Construction Corp.**
**Docket No. 1:25-cv-08488**

Dear Judge Woods:

This office represents Plaintiff Sebastian Balliro in the above-mentioned matter. I write jointly with counsel for Defendant Eurotech Construction Corp. to respectfully inform the Court that the parties have agreed to resolve the discovery issues discussed in the parties' July 22, 2026, pre-motion joint letter to the Court without further Court intervention. Specifically, Defendant produced documents related to the investigation report created by Boris Braverman this afternoon. In turn, Plaintiff has agreed to withdraw the anticipated motion to compel production of those documents that the Court ordered Plaintiff to file by August 3, 2026, during the July 24, 2026, telephonic conference.

As such, the parties respectfully request that the Court permit Plaintiff to withdraw the anticipated motion to compel. The parties greatly appreciate the Court's time and attention to this matter.

Application granted. The Court understands that the parties have resolved their outstanding discovery disputes. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERED.
Dated: August 4, 2026

GREGORY H. WOODS
United States District Judge

Respectfully Submitted,

John Kealey
*Counsel for Plaintiff*

/s/ *Robert Fein*
Robert Fein
*Counsel for Defendant*

cc: To all counsel of record (by ECF)