PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

September 22, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/24/2026

**By ECF**
Judge Gregory H. Woods
United States District Court
Southern District Court
500 Pearl Street, Courtroom 12C
New York, New York 10007

**MEMORANDUM ENDORSED**

**Re: Balliro v. Eurotech Construction Corp.**
**Docket No. 1:25-cv-08488**

Dear Judge Woods,

This office represents Plaintiff Sebastian Balliro in the above-referenced matter. We write on consent of counsel for Defendant Eurotech Construction Corp. regarding the status conference scheduled for September 28, 2026, pursuant to the Court's Order dated April 10, 2026 (ECF No. 19).

On August 16, 2026, Your Honor referred this case to Magistrate Judge Ona T. Wang for a settlement conference (ECF No. 27), and a preliminary settlement conference call has been scheduled for October 14, 2026, during which the parties expect that Judge Wang will schedule formal settlement conference. As such, we respectfully request that the Court adjourn the upcoming September 28, 2026, status conference until the completion of the formal settlement conference with Judge Wang.

We greatly appreciate the Court's time and attention to this matter.

Respectfully Submitted,

______________________
John Kealey

cc: To all counsel of record (by ECF)

Application granted in part. The September 28, 2026 status conference is adjourned until December 16, 2026 at 2:00 p.m. The parties' joint letter deadline is accordingly adjourned to December 9, 2026. The parties have not requested, and the Court has not granted, an extension of any of the other deadlines set forth in the Court's April 10, 2026 order.

SO ORDERED.

Dated: September 24, 2026
New York, New York

______________________
GREGORY H. WOODS
United States District Judge